```
1  Ryan Lee (SBN: 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x 241
   Fax: 866-583-3695
4  rlee@consumerlawcenter.com
   Attorney for Plaintiff,
5  Sharon Simington
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Sharon Simington, | ) **Case No.:** |
| Plaintiff, | ) **Complaint and Demand for Jury Trial** |
| v. | ) **(Unlawful Debt Collection Practices)** |
| Clark County Collection Service, | ) |
| Defendant. | ) |

### **PLAINTIFF'S COMPLAINT**

Sharon Simington (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against Clark County Collection Service (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

5. Plaintiff is a natural person residing in Kingman, Mohave County, Arizona.

6. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

7. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

8. Defendant is a collection agency and conducts business in the state of Arizona and has a business office located in Las Vegas, Nevada.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Several months ago, Defendant started constantly and continuously placing collection calls to Plaintiff seeking payment for an alleged debt.

11. Defendant contacts Plaintiff multiple times a day, several days a week, seeking payment for an alleged debt.

12. Defendant communicated to third parties, Plaintiff's husband and son, that Plaintiff allegedly owes a debt.

13. Plaintiff does not owe the debt that Defendant is seeking to collect by continuously contacting her as Plaintiff is disputing the alleged debt.

14. Plaintiff has never heard of the original creditor, Laboratory Medical Consultants, and believes that any medical bill should have been covered entirely under her insurance.

15. Plaintiff believes that Defendant is falsely implying that they are affiliated with the local government as Defendant is calling themselves Clark County Collection.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692b(2)* of the FDCPA by communicating with Plaintiff's husband and son and stating that Plaintiff owes a debt.

    b. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of this is to harass, abuse, and oppress the Plaintiff.

    c. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    d. Defendant violated *§1692e* of the FDCPA by making false, deceptive, and misleading representations in connection with the debt collection.

    e. Defendant violated *§1692e(1)* of the FDCPA by falsely implying that Defendant is affiliated with the Clark County Government.

    f. Defendant violated *§1692e(2)(A)* of the FDCPA by falsely representing the character, amount, and legal status of Plaintiff's debt because Plaintiff disputes the alleged debt.

    g. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by falsely implying that Defendant is affiliated with Clark County Government.

Wherefore, Plaintiff, Sharon Simington, respectfully requests judgment be entered against Defendant, Clark County Collection Service, for the following:

17. Statutory damages of $1000.00, pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

19. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff, Sharon Simington, demands a jury trial in this cause of action.

Respectfully Submitted,

DATED:  December 1, 2010                KROHN & MOSS, LTD.

By:  /s/ Ryan Lee_____
     Ryan Lee
     Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, SHARON SIMINGTON, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, SHARON SIMINGTON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 9-13-2010          _____
                              SHARON SIMINGTON

PLAINTIFF'S COMPLAINT